62 F.3d 1414
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Charles E. BROWN, Petitioner-Appellant,
v.
STATE of South Carolina; T. Travis Medlock, Attorney
General of the State of South Carolina,
Respondents-Appellees.
 No. 94-7361.
 United States Court of Appeals, Fourth Circuit.
 Aug. 10, 1995.
Submitted: July 25, 1995
Decided: August 10, 1995
 
 Charles E. Brown, Appellant Pro Se.
 Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.
 Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 28 U.S.C. Sec. 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Brown v. South Carolina, No. CA-93-2558-3-OBD (D.S.C. Oct. 6, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED